UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>ALI MUGALLI HASSAN,<br>　　　　Defendant. | Case No. 18-cr-00219-PJH-1<br><br>**SUPPLEMENTAL PRETRIAL ORDER**<br>Re: Dkt. Nos. 123, 129, 154, 157, 161 |

　　　　On May 5, 2022, this matter came before the court for a supplemental pretrial conference. As stated on the record and summarized in this order, the court rules on the remaining disputed pretrial matters as follows:

　　　　<u>Notice of co-conspirator statements</u>: As stated on the record, the court sustains defendants' objections to the statements involving an unidentified speaker in amended attachment 10, but overrules objections to the admissibility of the remaining statements.

　　　　<u>Motion to withdraw stipulations</u>: As stated on the record, defendant Ali Hassan's motion to withdraw stipulations is denied to the extent it is opposed by the government, and the parties are directed to meet and confer regarding the withdrawal of stipulations #4 and #12. After meeting and conferring, the parties shall file a final version of the stipulations that will be submitted to the jury.

　　　　<u>Motion in limine</u>: As stated on the record, defendant Ali Hassan will have until May 12, 2022 to file a motion in limine, the government shall have until May 19, 2022 to file an opposition, and defendant shall have until May 24, 2022 to file a reply.

　　　　<u>Jury instructions</u>: As stated on the record, the court shall use the Tenth Circuit's

model jury instruction regarding the unauthorized use of food stamps.

<u>Jury questionnaire</u>:  As stated on the record, the parties shall meet and confer and submit up to 10 additional questions to be added to the court's standard jury questionnaire.

<u>Trial schedule</u>:  As stated on the record, the court will begin jury selection on Tuesday, June 21, 2022, which will continue on Thursday, June 23 if necessary.

**IT IS SO ORDERED.**

Dated:  May 5, 2022

          /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge